The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JARRED HARRIS,<br><br>Defendant. | NO. CR17-055-RSL<br><br>(PROPOSED) ORDER EXTENDING<br>PRETRIAL MOTIONS DEADLINE |

Upon the unopposed motion of the defense to continue the pretrial motions' due date in the above-captioned case, the Court finds that extending the deadline is reasonable and necessary afford counsel necessary time to review and synthesize discovery, conduct legal research, consult with Mr. Harris, and draft motions, and that extending the deadline serves the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions deadline is extended to March 23, 2017.

DONE this 20th day of March, 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:
s/ Vanessa Pai-Thompson
Vanessa Pai-Thompson
Attorney for Michael Harris

(PROPOSED) ORDER EXTENDING
PRETRIAL MOTIONS DEADLINE - 1
U.S.A. v. Harris / CR17-055RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100