The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-055-RSL |
| Plaintiff, | |
| vs. | ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DUE DATE |
| MICHAEL JARRED HARRIS, | |
| Defendant. | |

This matter comes before the Court on an unopposed motion to continue the trial date to July 5, 2017, and to extend the pretrial motions due date. Mr. Harris has signed and executed a waiver of his speedy trial. The Court has reviewed the motion papers, Mr. Harris' waiver, and the relevant record and has considered the factors outlined in 18 U.S.C. § 3161(h)(7). Based upon that review, the Court makes the following findings:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review discovery, conduct investigation, advise Mr. Harris, draft motions, and prepare for trial. 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv); and

2. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial as set forth in 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to July 5, 2017, and that pretrial motions shall be filed no later than June 2, 2017. The period of delay from the date of this Order to the new trial date is excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 11th day of April, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge